No. 95–8360. DILWORTH v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 95–8363. HOSIER v. WOLFF ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–8364. EMERY v. PLANTIER, SUPERINTENDENT, NEW JERSEY ADULT DIAGNOSTIC AND TREATMENT CENTER. C. A. 3d Cir. Certiorari denied.

No. 95–8392. ROBINSON v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 95–8422. LYMAN v. HOPKINS, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 95–8424. LINTON v. ALASKA. Ct. App. Alaska. Certiorari denied.

No. 95–8428. MALLOY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–8434. USHER v. DUNCAN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 95–8447. DARDEN v. BARNETT, SUPERINTENDENT, EASTERN CORRECTIONAL INSTITUTION. C. A. 4th Cir. Certiorari denied.

No. 95–8463. WASHINGTON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 95–8464. TRIPPET v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 95–8473. NEAL v. COOPER, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 95–8476. PRICE v. McDADE, SUPERINTENDENT, HARNETT CORRECTIONAL INSTITUTION, ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–8477. WALLS v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.